IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEROME KORTE and LANA KORTE,** | ) |
| **Plaintiffs,** | ) |
| vs. | ) CIVIL NO. 03-239-GPM |
| **EXXONMOBIL COAL USA, INC.,** | ) |
| **Defendant.** | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This matter came before the Court on a motion by Defendant for summary judgment. *Doc. 60.* A decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 8, 2004, Plaintiff shall take nothing on Counts II, IV, V, VI, VII, VIII, IX, and X, and said claims are **DISMISSED on the merits**. *Doc. 83.*

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 20, 2004, the claim for common law nuisance in Counts I and III is **DISMISSED with prejudice**.

**DATED**: 12/20/04

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE