**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

JEROME KORTE and LANA KORTE,    )
individuals who are citizens and residents    )
of the State of Illinois,    )
    )
        Plaintiffs,    )
    )
v.    )    Case No. 03-239-GPM
    )
EXXONMOBIL COAL USA, INC.,    )
a Delaware corporation,    )
    )
        Defendant.    )

## NOTICE OF MANUAL FILING

        Please take notice that Defendant, ExxonMobil Coal USA, Inc., has manually filed the following document or item:

        Exhibit A to the Bill of Costs electronically filed 1/5/05, and Exhibits 1 and 2 to Exhibit A.

        This document has not been filed electronically because:

    ☐    The document or item cannot be converted to an electronic format

    ☒    The electronic file size of the document exceeds 20 pages
        *(Electronic Filing Rule 5)*

    ☐    The document or item is filed under seal
        (*Electronic Filing Rule 6*)

    ☐    [Plaintiff/Defendant] is excused from filing this document or item by court order.

    ☐    Other _____
        _____.

The document or item has been manually served on all parties.

2456113

Respectfully submitted,


/s/ Paul T. Sonderegger
Raymond L. Massey, #01788787
Peter S. Strassner, #06192578
Joseph M. Kellmeyer, #06205864
Paul T. Sonderegger, #6276829
525 West Main Street
P.O. Box 750
Belleville, Illinois  62222-0750
618-277-4700
FAX 618-236-3434
Attorneys for Defendant ExxonMobil Coal USA,
Inc.
rmassey@thompsoncoburn.com
pstrassner@thompsoncoburn.com
jkellmeyer@thompsoncoburn.com
psonderegger@thompsoncoburn.com

OF COUNSEL:
THOMPSON COBURN LLP


## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:


Penni S. Livingston
Livingston Law Firm
4972 Benchmark Centre
Suite 100
Swansea, Illinois 62226




/s/ Paul T. Sonderegger

2456113